JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. II  Investigating Agency: FBI
**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ___  Case No. ___
Same Defendant ___  New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number: 20-MJ-6103-MPK and others
R 20/R 40 from District of ___

## Defendant Information:
- **Defendant Name:** BEHZAD MOHAMMADZADEH
- **Juvenile:** No
- Is this person an attorney and/or a member of any state/federal bar: No
- **Alias Name:** Mrb3hz4d
- **Address:** (City & State) Islamic Republic of Iran
- **Birth date (Yr only):** 2001
- **SSN (last4#):** ___
- **Sex:** M
- **Race:** ___
- **Nationality:** Iranian

**Defense Counsel if known:** ___   Address: ___
**Bar Number:** ___

## U.S. Attorney Information:
- **AUSA:** Scott L. Garland / David J. D'Addio
- **Bar Number if applicable:** ___

**Interpreter:** ✓ Yes    List language and/or dialect: Farsi
**Victims:** ✓ Yes    If yes, are there multiple crime victims under 18 USC§3771(d)(2): ✓ Yes
**Matter to be SEALED:** ✓ Yes
✓ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:
**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☐ Information ✓ Indictment
**Total # of Counts:** ☐ Petty ☐ Misdemeanor ✓ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/3/2020    **Signature of AUSA:** /s/ Scott L. Garland

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     BEHZAD MOHAMMADZADEH

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit damage to a protected computer | 1 |
| Set 2 | 18 U.S.C. § 1030(a)(5) | Intentional damage to a protected computer | 2 |
| Set 3 | 18 U.S.C. § 1030(a)(5) | Intentional damage to a protected computer | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 20-MJ-6103-MPK and others
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** MARWAN ABUSROUR  **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name** Mrwn007

**Address** (City & State) West Bank, Palestinian Authority

**Birth date (Yr only):** 1995  **SSN (last4#):** _____  **Sex** M  **Race:** _____  **Nationality:** Stateless - Palastinian Authority

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Scott L. Garland / David J. D'Addio  **Bar Number if applicable** _____

**Interpreter:** ☑ Yes  ☐ No  List language and/or dialect: Arabic

**Victims:** ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/3/2020  **Signature of AUSA:** /s/ Scott L. Garland

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   BEHZAD MOHAMMADZADEH

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit damage to a protected computer | 1 |
| Set 2 | 18 U.S.C. § 1030(a)(5) | Intentional damage to a protected computer | 2 |
| Set 3 | 18 U.S.C. § 1030(a)(5) | Intentional damage to a protected computer | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____