UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                      )<br>)<br>(1) BEHZAD MOHAMMADZADEH, )<br>     a/k/a "Mrb3hz4d,"              )<br>)<br>(2) MARWAN ABUSROUR,       )<br>     a/k/a "Mrwn007,"                )<br>)<br>         Defendants                   ) | Criminal No. 20-CR-10182-LTS |

GOVERNMENT'S MOTION TO UNSEAL
INDICTMENT, JS-45s, AND ARREST WARRANTS

The United States of America hereby moves this Court to direct that the indictment, JS-45s, and arrest warrants be unsealed, for the purpose of allowing the United States to take certain law enforcement measures.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Scott L. Garland*
Scott L. Garland
Assistant U.S. Attorney

Date:  September 15, 2020